PROB 12C  
(SD/FL 1/21)

SD/FL PACTS No. 415926

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO.: 14-CR-20406-BB

### PETITION FOR WARRANT FOR OFFENDER UNDER SUPERVISION

Name of Offender:  Shane Marino

Name of Sentencing Judicial Officer: The Honorable Beth Bloom, United States District Judge, Miami, Florida

Date of Original Sentence:  February 13, 2015

| | |
|---|---|
| Original Offense: | Count One: Possession of a Firearm by Convicted Felon, 18 U.S.C. § 922, a Class A felony |
| Original Sentence: | Two-hundred sixteen (216) months custody of the U.S. Bureau of Prisons, followed by five (5) years supervised release, restitution in the amount of $500.00, and a $100.00 special assessment.  The following special conditions were imposed: the defendant shall: 1) participate in an approved treatment program for anger control / domestic violence; 2) participate in an approved inpatient / outpatient mental health treatment program; 3) submit to a search of his person or property; and 4) participate in an approved treatment program for drug and/or alcohol abuse. |
| | **March 29, 2016:** Judgment was amended and sentence was reduced to one-hundred fifteen (115) months imprisonment, followed by three (3) years supervised release.  As to special conditions, the defendant shall provide complete access to financial information.  All previously imposed conditions remain in full force and effect. |
| | **September 14, 2022:** Conditions were modified to include the defendant shall reside at and participate in the Residential Re-Entry Center for a period not to exceed 120 days, or until otherwise released by the Court. |
| | **December 13, 2022:** Conditions were modified to include the defendant shall refrain from the use of alcohol and be subject to alcohol testing. |

Type of Supervision:  Supervised Release     Date Supervision Commenced:  September 2, 2022

Assistant U.S. Attorney:                          Defense Attorney:

Harold E. Schimkat                                Katherine Carmon  
United States Attorney's Office                   Federal Public Defender's Office  
99 NE 4 Street, 4th Floor                         150 W Flagler Street, Suite 1700  
Miami, FL 33132                                   Miami, FL 33130

PROB 12C                                                                                              SD/FL PACTS No. 415926
(SD/FL 1/21)

# PETITIONING THE COURT

☒     To issue a warrant
☐     To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | **Violation of Mandatory Condition**, by failing to refrain from violation of the law. On or about July 14, 2023, in Onondaga County, New York, the defendant did commit Criminal Possession of a Weapon 2nd degree, contrary to New York Statue Number 265.03. |
| 2. | **Violation of Mandatory Condition,** by failing to refrain from violation of the law. On or about July 14, 2023, in Onondaga County, New York, the defendant did commit Criminal Use of a Firearm 2nd degree, contrary to New York Statue Number 265.08. |
| 3. | **Violation of Mandatory Condition,** by failing to refrain from violation of the law. On or about July 14, 2023, in Onondaga County, New York, the defendant did commit Reckless Endangerment 1st degree, contrary to New York Statue Number 120.25. |
| 4. | **Violation of Mandatory Condition,** by failing to refrain from violation of the law. On or about July 14, 2023, in Onondaga County, New York, the defendant did commit Criminal Possession of Cannabis 2nd degree, contrary to New York Statue Number 222.35. |
| 5. | **Violation of Mandatory Condition,** by failing to refrain from violation of the law. On or about July 14, 2023, in Onondaga County, New York, the defendant did commit Criminal Possession of a Controlled Substance 7th degree, contrary to New York Statue Number 220.03. |
| 6. | **Violation of Mandatory Condition,** by failing to refrain from violation of the law. On or about July 14, 2023, in Onondaga County, New York, the defendant did commit Criminal Possession of a Controlled Substance 5th degree, contrary to New York Statue Number 220.06. |
| 7. | **Violation of Mandatory Condition**, by unlawfully possessing a controlled substance. On or about July 14, 2023, the defendant was found in possession of marijuana by the Onondaga County Sheriff's Office and charged with Criminal Possession of Cannabis 2nd degree, contrary to contrary to New York Statue Number 222.35. |
| 8. | **Violation of Mandatory Condition**, by unlawfully possessing a controlled substance. On or about July 14, 2023, the defendant was found in possession of marijuana by the Onondaga County Sheriff's Office and charged with Criminal Possession of a Controlled Substance 7th degree, contrary to New York Statue Number 220.03. |

PROB 12C  
(SD/FL 1/21)

SD/FL PACTS No. 415926

| | | |
|---|---|---|
| 9. | | **Violation of Mandatory Condition**, by unlawfully possessing a controlled substance. On or about July 14, 2023, the defendant was found in possession of marijuana by the Onondaga County Sheriff's Office and charged with Criminal Possession of a Controlled Substance 5th degree, contrary to New York Statue Number 220.06. |
| 10. | | **Violation of Mandatory Condition**, by possessing a firearm as defined in 18 U.S.C. §921. On July 14, 2023, the defendant possessed a firearm, as evidenced by his arrest by Onondaga County Sherriff's Office. |

United States Probation Officer Recommendation:

The term of supervision should be
- ☒ revoked.
- ☐ extended for _____ years, for a total term of _____ years.
- ☐ The conditions of supervision should be modified as follows:

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 26, 2023

*[signature]*

Charee M. Goldberg  
United States Probation Officer  
Office: (305) 259-1322  
Cellular: (305) 301-9071  
Email: Charee_Goldberg@flsp.uscourts.gov  
Date: July 26, 2023

---

THE COURT ORDERS:

- ☐ No Action
- ☒ The Issuance of a Warrant
- ☐ The Issuance of a Summons
- ☐ Submit a Request for Modifying the Conditions or Term of Supervision

*[signature]*
Signature of Judicial Officer

Date: 7/26/2023

PROB 19A                                             SD/FL PACTS No.: 415926

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 14-CR-20406-BB



Certified to be a true and correct copy of the document on file
Angela E. Noble, Clerk
U.S. District Court
Southern District of Florida
By __Elizabeth Gariazzo__
Date __Jul 26, 2023__

U.S.A. vs. SHANE MARIANO

TO:¹ ANY UNITED STATES MARSHAL OR AUTHORIZED REPRESENTATIVE

| **WARRANT FOR ARREST OF SUPERVISED RELEASEE** ||||
|---|---|---|---|
| You are hereby commanded to arrest the within-named supervised releasee and bring him or her, forthwith, before the United States District Court to answer charges that he or she violated the conditions of his or her supervised release imposed by the Court. ||||
| NAME OF SUPERVISED RELEASEE<br>Shane Mariano-02434-104 | SEX<br>Male | RACE<br>White | AGE<br>48 |
| ADDRESS (STREET, CITY, STATE)<br>Onondaga County Justice Center, 407 S. State Street, Syracuse, New York 13202 ||||
| SUPERVISED RELEASE IMPOSED BY (NAME OF COURT)<br>United States District Court, Southern District of Florida, Miami || DATE IMPOSED<br>February 13, 2015 ||
| TO BE BROUGHT BEFORE (NAME OF COURT, CITY, STATE)<br>United States District Court, Southern District of Florida, Miami ||||
| CLERK<br>Angela E. Noble | (BY) DEPUTY CLERK<br>Liz Gariazzo, CRD || DATE<br>7/26/23 |

| **RETURN** |||
|---|---|---|
| **Warrant received and executed** | DATE RECEIVED | DATE EXECUTED |
| EXECUTING AGENCY (NAME AND ADDRESS) |||
| NAME | (BY) | DATE |

¹Insert designation of officer to whom the warrant is issued, e.g. "any United States Marshal or any other authorized officer," or "United States Marshal for the Southern District of Florida;" or "any United States Marshal," or "any Special Agent of the Federal Bureau of Investigation," or "any United States Marshal or any Special Agent of the Federal Bureau of Investigation," or "any agent of the Alcohol Tax Unit."